**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD A. WEINHAUS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-2868 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| O'CONNOR FAMILY LAW, P.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**STIPULATED PERMANENT INJUNCTION, DISMISSAL AND ORDER**

**STIPULATED INJUNCTION**

In consideration of, and in reliance on the foregoing, all Parties stipulate to the entry of an order as follows:

1. No party shall file or maintain a civil suit against the other in any Court other than this Federal District Court for any actions before and until the filing of this Stipulated Injunction.

2. Defendant parties are enjoined from proceeding with any existing claim against Plaintiff in any court for any actions before and until the filing of this Stipulated Injunction.

3. The injunction contained herein shall take effect upon the Court's entry of this Stipulated Injunction.

**DISMISSAL ORDER WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Plaintiff, *pro se*, and the Defendants, by and through their counsel, stipulate and request that the Court dismiss, with prejudice, all of the claims asserted by Plaintiff in his complaint.

Plaintiff's motion for voluntary dismissal [13] is granted. EDWARD A. WEINHAUS v. O'CONNOR FAMILY LAW, P.C. et al, Civil No. 1:18-02868 (RMD, Jr.), is hereby dismissed with prejudice this 10th day of September, 2018. By agreement of the Parties, this Court shall retain jurisdiction for enforcement of this Order.

SO ORDERED.

Dated: September 10, 2018

_____
Robert M. Dow, Jr.
United States District Judge